

# Fourth Court of Appeals
## San Antonio, Texas

July 26, 2017

No. 04-17-00308-CR

Gerald **WASHINGTON**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR1095
Honorable Lorina I. Rummel, Judge Presiding

# O R D E R

Sitting:      Sandee Bryan Marion, Chief Justice
               Karen Angelini, Justice
               Marialyn Barnard, Justice

The notice of appeal in this appeal was filed on May 23, 2017, the clerk's record was filed on June 30, 2017, and the reporter's record is due August 17, 2017. Appellant is represented on appeal by appointed counsel from the office of the Bexar County Public Defender. On July 20, 2017, appellant filed a pro se motion for appointment of counsel, in which he complains his appointed attorney has not contacted him despite appellant's attempts to contact counsel. Because appellant is represented on appeal by counsel, we DENY the motion.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of July, 2017.



Luz Estrada
Chief Deputy Clerk